# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JEFFREY O. GREINER :
7333 New Hampshire Ave.
Apt 908
Takoma Park, MD 20912 :

    *Plaintiff* :

    v. :

    : CASE NO.:_____

PERFORMANCE FOOD GROUP, INC. :
12500 West Creek Parkway
Richmond, VA 23238 :
   d/b/a **PERFORMANCE FOODSERVICE** :
   1333 Avondale Road
   New Windsor, MD 21776 :
**SERVE:**
**NATIONAL REGISTERED AGENTS, INC OF MD** :
2405 York Road
Suite 201
Lutherville Timonium, MD 20193-2264 :

    *Defendant* :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff Jeffrey O. Greiner, by and through undersigned counsel, and sues Defendant Performance Food Group, Inc., d/b/a Performance Foodservice, and as grounds therefore states:

1. This matter arises out of a motor vehicle accident that occurred on April 18, 2018 at Union Station in Washington, D.C.

2. Jurisdiction is proper in this Court as the Plaintiff resides within the County and the Defendant is a Corporation licensed and doing business throughout that State.

1

## COUNT I

3. The Plaintiff refers to and incorporates the preceding paragraphs as if fully stated herein.

4. On or about April 18, 2018, at approximately 9:40 AM, Plaintiff Greiner was working as a Tour Guide for Big Bus Tours.

5. Plaintiff Greiner was on the upper deck of the bus which was then legally stopped at Union Station.

6. At that same time and place, a vehicle owned by the Defendant and operated by its agent, Servant, or employee negligently collided with the vehicle in which Plaintiff Greiner was riding.

7. The force of this collision was sufficient to knock Plaintiff Greiner off balance and throw him a couple of seats from his original position.

8. The operator of the Defendant's vehicle owed a duty to those individuals who could foreseeably be injured as a result of the operation of that vehicle, and specifically Plaintiff Greiner.

9. In colliding with the bus on which Plaintiff Greiner was riding, the operator of the Defendant's vehicle breach their duty(ies) by, among other things, failing to keep a proper lookout, failing to pay full time and attention to their driving and the conditions that existed at that time and location, exceeding a safe and reasonable speed under the existing circumstances, failing to keep their vehicle under proper control so as to avoid a collision, failing to apply brakes in time to avoid the collision, failing to obey the rules of the road that then and there existed, and such other negligence and breach of duties that may be learned of during discovery or shown during the trial of this matter.

10. The operator of the Defendant's vehicle's negligence was the sole cause of this collision without any contributory negligence on the part of Plaintiff Greiner.

11. As a direct and proximate result of this collision, Plaintiff Greiner suffered, and will continue to suffer, severe and permanent physical injuries, has incurred medical expenses in the past and will continue to incur medical expenses in the future, has lost and will continue to lose time from his employment and corresponding loss of income, has suffered a loss of economic opportunity and earning capacity in the past and will continue to suffer such loss(es) in the future and corresponding loss of income, has suffered a loss of personal property, and has suffered and will continue to suffer from non-economic and other damages.

12. Upon information and belief, at the time of this collision the operator of the Defendant's vehicle was acting within the scope and during the course of their agency, servitude or employment with the Defendant.

13. Under the doctrine of *respondeat superior* or vicarious liability, the defendant is liable for any and all damages caused by the negligence of its agent, servant or employee within the during the course and within the scope of their agency, servitude or employment.

WHEREFORE, Plaintiff Jeffrey O. Greiner Demands judgement against Defendant Performance Food Group, Inc., in an amount in excess of Seventy Five Thousand ( $75,000.00) Dollars, along with attorney's fees and costs as permitted by law and deemed appropriate by this Court.

Respectfully submitted,

_____
THOMAS W. FARRINGTON
CPF# 9504060001
4204 Ambler Drive
Kensington Maryland 20895
Phone: 301.461.6990 /Facsimile: 443.576.0571
Tfarri8084@aol.com

*Attorney for Plaintiff Greiner*

3

## JURY DEMAND

Plaintiff Greiner demands a jury trial on all issues so triable.

_____
THOMAS W. FARRINGTON